July 28, 2025

Dear Judge Grigsby:

I am very sorry for my crime. There is no excuse for what I did, even though I justified it in my own mind at the time I did the crime. I am most sorry for the gentlemen who were working the store I robbed and putting them in fear for their lives. Even though I never intended to hurt anyone, when you use guns thats a possibility and I think they must've thought they could be killed. The past two years I have thought about my crime, about how my actions have deprived my daughter of her father and her mother of her partner. More than anything I've thought about the real victims of my actions and how I probably made them very terrified. Maybe they struggled with this fear and were traumatized. Maybe they had to quit working and couldn't provide for their families. Maybe they had to go see a counselor to get over the harm I caused them or maybe even worse. If I could see them and talk to them I would apologize for what I did and the fear I caused them. I would ask them if there was anything I could do to help them and take away their fear. I would not ask them to forgive but instead I would try to help them because what I did was selfish and really neglected the health and safety of people who were just doing their job and I am deeply sorry for that harm.

At first when I got to jail I felt sorry for myself. I went from the momentary high of feeling rich and free to being caught and facing a long term prison sentence. I was angry at everyone. I was angry at the police, the courts, the jails where I was being held, I was angry at alot of people. The One person I was not mad at was myself. I was giving myself a pass. I did not want to look at my life and my choices. It took a long time for me to turn that around, but I think I am finally on the right path because I've started to focus on my daughter and taking responsibility for my choices, my crimes, and the state of my life. I think that is the only path forward but its also the best path forward. My whole life has been a struggle for me. When I was a kid school was really hard for me and I never really got the help I needed. I was kind of in between with my mom and dad and my life was pretty unstable.

My dad was diagnosed with an eye disease and began to lose sight. At the time I didn't think much about his problem but as a new father, I couldn't imagine putting my daughter in situations like he put me in. When he was nearly blind, he would drive in the city even though he could hardly see. But at the time I was too young to think that was wrong. and it went on for several years. When he went

completely blind he pretty much disappeared from my life for several years. I was very close to my dad before then and the distance was painful for me. Having struggled with alot of depression of my own, especially since I got arrested, I now see that my dad became really depressed when he lost his vision. His whole life changed at that point. He had been very independent his whole life and losing that almost killed him. He'd always been a ladies man, had about eighteen kids, now not being able to see or get about by himself. Losing my dad for those years to his disability set me on a tailspin. I was having trouble in school, the work was to hard for me, I couldn't sit still and I was really unhappy. I was put in a bunch of different schools and placed on medications due to being diagnosed with attention deficit disorder (ADD). Nothing worked, even had a hard time making friends when it came out I was getting medication and other kids started teasing me. Nothings worse then being pushed when your down. I didn't want to be in school, so I stopped going and started getting in trouble. Eventually I was sent to a series of alternative schools through the Washington Department of Youth Rehabilitation Services I was sent out of state, first to Iowa then to Florida. Was has being away from family and placed around alot of strangers. Didn't see it at the time, but the programs were really good

for me because the were pretty rigid and held people accountable. Though it helped some I still wanted to be home. Once I was in high school, I came back to DC and attended alternative high schools and started getting jobs skills. It felt good being around family, but I kind of feel back in with the same group of kids who weren't good influences on me. Then something really great happened, I became an uncle. My older sister had her first child and I couldn't have been happier. I loved her daughter and promised to be the best uncle in the world. I loved her like she was my own daughter. I wanted to be a good example to her in more ways then I was. A couple years later I learned I was going to be a dad myself. I was shocked in a good way, I was really exicited about becoming a father and I really wanted to make a great life for her.

The thought of becoming a dad put alot of pressure on me because I wasn't earning alot of money. I didn't know how I would support my daughter, so I started looking for ways to make some quick money. My mindset was wrong, instead of looking for an easy way out I should have been building a solid foundation. I was never afraid of working hard, but the jobs I could get paid so badly that I couldn't make ends meet. Just like taking drugs, thinking you can make "easy money" is a

is a lie, you tell yourself that to avoid thinking about the consequences because when you take a ~~scribbled~~ large amount of money its like a high and can become addictive. It was that kind of thinking that led to my crime. There's no such thing as easy money and everything you do cost. My crime had a huge cost because I lost my freedom for the last 2 years, and I know I will be going to prison. That cost was something I didn't consider now I dwell on it all the time. Being away from my daughter and not being able to be the dad I know I can be is another giant cost. It hurts me alot, but my pain is nothing compared to the burden I put on my daughter having to spend the first few years of her life without a father. I don't know if I'll ever forgive myself for having done that to my daughter, but I know I can do better and that starts with being honest with myself and the people I love. I didn't commit my crime for my daughter, I tell myself that all the time but it's a lie I committed my crime for myself because I wanted money and to feel good about myself. I was intent on trying to start a new life and that required money. I planned to leave Maryland and move to Florida and I needed money so I took money that did not belong to me. My desire to get rich quick

blinded me to what I was doing to my daughter. It also blinded me to the harm I caused the victims.

Once I started taking responsibility for what I did, I started to chart a new course for my life. I always stayed in close contact with my daughter and family, but once I owned my conduct, those communications got better. For the first time I started to think beyond the next day or week and planning for the future. More than anything I want to be the foundation for my daughter and I can't do that unless I am realistic about what I need to do to become a better father and man. I have been striving to do that not just by investing in my daughter, but by taking classes at the jail to become a better father. I know I have a long way to go but for the first time in my life I have more hope for my future and more realistic ability to contribute to society. I know I have a lot of work to do and I have started on myself already. I deeply regret committing this offense and harming innocent people. I only ask the courts to consider the facts about my life and crime and give me a just sentence.

Thank you Your Honor