| Fiscal year | District | Sex | Race | AoR | Obstruction | Weapon SOC | CH pts | MM for 924C | Sentence Length |
|---|---|---|---|---|---|---|---|---|---|
| 2020 | MO West | Male | Black | -3 | 0 | no | 0 | 84 | 135 |
| 2020 | IN North | Male | Black | -3 | 0 | no | 0 | 60 | 87 |
| 2020 | NC East | Male | Black | -3 | 0 | no | 0 | 84 | 125 |
| 2020 | MD | Male | Black | -2 | 0 | no | 1 | 84 | 96 |
| 2020 | MD | Male | Black | -2 | 0 | no | 1 | 84 | 96 |
| 2020 | OH North | Male | Black | 0 | 0 | no | 1 | 84 | 128 |
| 2020 | PA Mid | Male | Black | -3 | 0 | no | 0 | 84 | 120 |
| 2020 | KY East | Male | Black | -3 | 0 | no | 0 | 120 | 166 |
| 2021 | MO East | Male | Black | -2 | 0 | no | 1 | 84 | 112 |
| 2021 | NC West | Male | Black | -3 | 0 | no | 0 | 60 | 84 |
| 2021 | TN West | Male | Black | -3 | 0 | no | 1 | 252 | 293 |
| 2021 | NY East | Male | Hispanic | -3 | 0 | no | 0 | 84 | 90 |
| 2021 | NY East | Male | Black | -3 | 0 | no | 0 | 84 | 87 |
| 2021 | FL Mid | Male | Hispanic | -3 | 0 | no | 1 | 252 | 264 |
| 2021 | FL Mid | Male | Hispanic | 0 | 0 | no | 0 | 84 | 135 |
| 2021 | FL South | Male | Black | -3 | 0 | yes | 0 | 204 | 210 |
| 2021 | LA East | Male | Black | -3 | 0 | no | 1 | 84 | 87 |
| 2022 | TN West | Male | Black | -3 | 0 | no | 0 | 84 | 125 |
| 2022 | IL North | Male | Black | 0 | 0 | no | 0 | 84 | 120 |
| 2022 | NY South | Male | Hispanic | -3 | 0 | no | 0 | 60 | 78 |
| 2022 | KS | Male | Black | 0 | 0 | no | 1 | 84 | 120 |
| 2022 | PA West | Male | Black | -3 | 0 | yes | 0 | 84 | 96 |
| 2022 | MO East | Male | Black | -2 | 2 | no | 1 | 120 | 168 |
| 2023 | MO East | Male | Black | -3 | 0 | no | 0 | 84 | 125 |
| 2023 | VI | Male | Black | -3 | 0 | no | 0 | 84 | 125 |
| 2023 | NE | Male | Black | -3 | 0 | no | 0 | 84 | 128 |
| 2023 | TX South | Male | Black | -3 | 0 | no | 1 | 84 | 112 |
| 2023 | TN West | Male | Black | -3 | 0 | no | 1 | 168 | 192 |
| 2023 | NC Mid | Male | Black | -3 | 0 | no | 1 | 84 | 108 |
| 2023 | OH North | Male | Black | -3 | 0 | no | 0 | 168 | 180 |
| 2023 | OH North | Male | Black | -3 | 0 | no | 0 | 168 | 180 |
| 2023 | OH North | Male | Black | -3 | 0 | no | 0 | 168 | 180 |
| 2023 | GA North | Male | Black | 0 | 0 | no | 1 | 84 | 127 |
| 2024 | MO East | Male | Black | 0 | 2 | no | 0 | 84 | 125 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2024 | TN Mid | Male | Black | -3 | 0 | yes | 0 | 168 | 169 |
| 2024 | AL Mid | Male | White | 0 | 0 | no | 0 | 120 | 171 |
| 2024 | MI East | Male | Black | -3 | 0 | no | 1 | 84 | 102 |
| 2024 | FL South | Male | Hispanic | -3 | 2 | no | 0 | 84 | 125 |
| 2024 | FL South | Male | Hispanic | -3 | 2 | no | 0 | 84 | 125 |
| 2024 | NM | Male | Hispanic | -3 | 0 | no | 0 | 60 | 72 |
| 2024 | MO East | Male | Black | -3 | 0 | no | 0 | 84 | 84 |
| 2024 | FL South | Male | Hispanic | -3 | 0 | no | 1 | 84 | 125 |
| 2024 | OH North | Male | Black | 0 | 0 | no | 0 | 84 | 64 |
| 2024 | FL South | Male | Hispanic | -3 | 2 | no | 0 | 84 | 114 |
| 2024 | FL Mid | Male | Black | -3 | 0 | no | 0 | 84 | 108 |
| 2024 | FL Mid | Male | Black | -3 | 0 | no | 1 | 84 | 120 |

| Placement w/r/t GL | # of counts | Statute 1 | Statute 2 |
| --- | --- | --- | --- |
| Within range | 2 | 181951A | 18924C1AII |
| Below variance | 2 | 181951 | 18924C |
| Within range | 3 | 181951 | 18924C1AII |
| Gov spons down variance | 2 | 181951A | 18924C1AII |
| Gov spons down variance | 2 | 181951A | 18924C1AI |
| Within range | 2 | 182113A | 18924C1AII |
| Below variance | 2 | 182118A | 18924C |
| Within range | 4 | 181951A | 18924C1A |
| Below variance | 2 | 181951A | 18924C1AI |
| Below variance | 2 | 181951A | 18924C |
| Below variance | 2 | 181951 | 18924C |
| Within range | 6 | 181951 | 18924C |
| Below variance | 6 | 181951A | 18924C1A |
| Within range | 2 | 181951A | 18924C1A |
| Below variance | 2 | 181951A | 18924C1AI |
| Below variance | 2 | 182113A | 18924C1AII |
| Down departure | 2 | 181951 | 18924C1AI |
| Within range | 2 | 182119 | 18924C1A |
| Within range | 2 | 18924C1AI | 181951A |
| Gov spons down variance | 4 | 181951 | 18924C1AII |
| Within range | 2 | 181951A | 18924C1AII |
| Within range | 2 | 181951 | 18924C1AII |
| Below variance | 2 | 181951A | 18924C1AII |
| 5K1.1 | 2 | 181951A | 18924C1A |
| Below variance | 4 | 1821191 | 18924C1AII |
| Below variance | 2 | 181951A | 18924C1AII |
| Gov spons down variance | 5 | 182119 | 18924C1AII |
| Below variance | 5 | 1821191 | 18924C1AII |
| Gov spons down departure | 5 | 182119 | 18924C1AII |
| Within range | 2 | 181951A | 18924C1AII |
| Within range | 2 | 181951A | 18924C1A |

| | | | |
|---|---|---|---|
| Gov spons down variance | 5 | 181951 | 18924C1 |
| Within range | 2 | 182119 | 18924C |
| Below variance | 2 | 182119 | 18924C1AII |
| Within range | 3 | 181951A | 18924C1AII |
| Within range | 2 | 181951A | 18924C1AII |
| Gov spons down variance | 4 | 182119 | 18924C1AI |
| 5K1.1 | 2 | 182119 | 18924C1A |
| Within range | 2 | 181951A | 18924C1AII |
| 5K1.1 | 5 | 18924C1AII | 181704 |
| Below variance | 2 | 181951A | 18924C1AII |
| Below variance | 2 | 181951A | 18924C1AII |
| Below variance | 2 | 181951A | 18924C1AII |