July 24, 2025

Dear Judge Grigsby:

My name is Tayana Lynch, and I am Clarence Lynch's older sister. I am writing this letter in support of Clarence's sentencing so that you might have a more complete picture of his life when you decide what a fair sentence is. I also want you to know about the very positive impact he has had on the lives of my daughter Nyla and me, and the void my youngest two daughters experience from his absence in their lives. I know my brother committed a crime and will have to spend a significant time in prison, but I ask that you also see him as a full human being and take into account the way he is changing his life for the better.

Let me start by letting you know that Clarence did not have an easy childhood. He is one of eighteen children born to his father, Reginald King, with multiple different women including our mother, Michele Lynch. As a little boy, Clarence was shuffled back and forth between his mother, father, and my grandparents, Roberta and D'Wayne Carpenter, and had a very unstable upbringing. When Clarence was still young, he stayed mostly with his dad who was particularly hard on Clarence which strained their bond and caused deep resentments. Reginald was in denial that he was going blind, which put Clarence in an enabler role. For instance, even though Reginald was losing his ability to see he still drove a car and would use Clarence as his eyes to tell him if the light was green or red, when he was too close to another car, and other things while he drove. This was extremely stressful for Clarence because he was just a child being forced into a dangerous situation and doing grown-up activities. Clarence was only five or six years old. When Clarence was around seven his father went blind and was declared permanently disabled. Reginald fell into a severe depression and could no longer take care of Clarence, and he came to live with us full-time. This experience was shattering for my brother because it upended his life and removed the only father figure he had. Clarence was very sad and grew depressed. He did not see his dad for several years and not having his dad, even one that was abusive, hurt him a lot.

Clarence started to really struggle with his own issues. He was depressed and angry about all the upheaval in his life. He had a hard time sitting still in school and started getting bullied by other kids. Eventually Clarence started acting out in school and the community. He became defiant and had a hard time keeping his emotions in check. It didn't help that the schoolwork was too hard and that he had changed schools so many times. At some point before he was twelve years old, he was placed in the Psychiatric Institute of Washington (PIW) because of his behavior and mental health issues. While at PIW he was diagnosed with ADHD, and they prescribed him medication which further altered his. It's hard to say just how the meds changed Clarence, but he did not seem like himself, and he harbored a lot of shame for being on medication.

For his whole life Clarence had always been very energetic and curious. He could be very intense and unfocused, so the ADHD diagnosis made sense. When he started living with us, though, he was different, and not himself. This went on for a long time and I'm not sure he ever made it fully back. Even when he started seeing his dad again, their relationship had changed a lot. I suspect Clarence felt rejected by his father even though he still wanted his approval and love. Clarence and grew close and after his dad went blind, he really started to cling to me, and we called each other twins even though we are some years apart. When Clarence was little, he was a chubby boy, and he loved to eat. When he sat down for a meal he would lap up the food like it was his last. Because he was chubby, my family started calling him "Fatty". We didn't mean any harm by that, but looking back I can see that was probably not a kind thing to say. I would never call my own kids that. Later, Clarence grew a little self-conscious about his weight and the nickname hurt him.

One thing that kind of stands out about Clarence as a child, is that he was something of an entrepreneur from an early age. He used to come up with small business ideas all the time and save money he got as gifts to try to get his ideas started. Once, I think Clarence was about eleven or twelve, he spent all his money to buy candy and treats to sell to children in the neighborhood and our house became known as the "candy house." At that point we had kids knocking on the door to get candy and other goodies that were not available to them in the community where we lived. This went on for several years and through selling things, Clarence was able to make a small amount of money that made his life better. When he was a teenager, Clarence bought a small ice cream truck. We thought he was crazy because he was barely old enough to drive, but he had some big dreams and was intent on being a success. After he got the truck, Clarence bought everything he thought he needed, including the ice cream for the kids in the neighborhood. After getting it ready, Clarence took the truck out on its maiden voyage. After a good start, the truck started having a lot of mechanical problems and it eventually broke down. I think the person who sold it to Clarence took advantage of my brother. Because Clarence did not have the funds to fix the truck, it ended up parked on the street for a long time until it was towed away. He never made a lot of money selling ice cream and it made him quite sad for a while. I'm sure Clarence thought this was a failure, but it made me proud of him because he didn't try to take a handout. He showed a lot of initiative, and I never saw a teenager try to do that ever.

As a child, my siblings and I spent a lot of time at my grandparents' home. We all lived in Southeast Washington, DC and our house was around the corner from them. The neighborhood was not great. For the most part, people were really poor, the houses were rundown, there weren't any nice places nearby to go, and there were no real grocery stores. Worse still, there was a lot of drugs being sold, prostitutes in the neighborhood, and we heard shootings almost every day. Our grandfather was in and out of jail for most of our lives for various crimes, and this modeling had a very negative effect on Clarence. Our Grandfather would disappear for months or even years at a time without explanation, so we came to understand he was in jail or prison. Clarence also witnessed how our uncle, Robert Carpenter, fell into a life of crime and bad behavior. Robert was a juvenile delinquent, and his criminal

activity continued into adulthood. He was rude and disrespectful to our grandmother in front of Clarence, and it's easy to see that these experiences and influences impacted Clarence's development and behavior. To say it bluntly, growing up in crime-ridden neighborhoods and households totally normalized the illegal conduct and a criminal mindset.

Because Clarence's acting out led to more serious behaviors, juvenile authorities eventually placed him into the Youth Detention Center in Washington, DC, numerous times. Our mom had a lot of difficulty working a full-time job, raising several children, and trying to address Clarence's unique needs. Unfortunately, Clarence hated taking his ADHD medication, and his impulsivity and other struggles undermined his ability to comply with rules or behave in school. He would be up all night and then be too tired to make the bus in the morning. He could not concentrate on doing his homework and fell further behind in school. Through it all Clarence's frustration and anger grew because everything just seemed stacked against him. Eventually, the stays at the detention center got longer and longer until eventually he was sent out of state two times, once to Iowa and the other to Florida. This meant that for many of his teenage years, Clarence was outside our home being raised by strangers. We visited him when he was in a facility in Florida, and he seemed more stable. We were told he was doing better and when we saw him, he seemed to have grown up a lot. After he completed the program in Florida, Clarence returned home and attended a couple of alternative schools, eventually earning a diploma one year later than he was supposed to. As far as I know, he still did not want to take his medicine and was trying to deal with the symptoms of his ADHD on his own. Finding consistent work was hard for Clarence, but he did try.

When I got pregnant with my daughter Nyla when Clarence was in his late teens and he immediately went into uncle mode. Even though he was still young, Clarence wanted to help out as much as possible. From the moment she was born he showed her unconditional love and treated her like his own daughter. He changed her diapers, would help feed her, he would watch her when I needed help, and he showed her a lot of affection. He and Nyla developed a very close bond and when she started talking, she would call him "Uncle Dad" because that's literally the relationship that had developed. We all thought this was really cute and it made Clarence proud to have such an important role in her life.

When Nyla was less than two years old, Clarence got a job at a restaurant to earn money to help support our family. He did not earn a ton of money but whatever he brought home he used to pay his phone bills, support himself, and buy things he wanted Nyla to have. He was only in high school, but Clarence really stepped up to be a father to his niece when her own father was not present. Clarence acting as a surrogate dad was a Godsend to both me and Nyla. We always say he has two daughters, Nyla first and Jada second. You wouldn't be able to tell the difference because he pours out love for both and treats them in the same tender way. He made sure to visit and/or talk to Nyla every day, which he still does now even though he is incarcerated. He made sure she knew she was well loved and valued. As a young black girl, growing up in DC, I have

not seen a lot of fathers around, so for him to step up and take on that role at a young age, it really showed his maturity and selflessness to give her something she would've been without.

Several years later when Clarence's daughter Jada was born and he became a dad himself, his world changed. He knew he could not let her down because this time this child was someone he helped create. It meant the world to him to become a dad and know that this baby was his. Clarence made it his mission to give Jada everything she deserved and more. During the baby shower, all of his friends, ones we never knew, showed up and supported him because he was so proud of becoming a dad. He created his own village to help him in this new chapter of his life. To know how he was with Nyla, I knew he was already going to be a great dad. It breaks my heart that he has already missed many milestones for Jada like her first steps and her first words, and he will miss many more, like her first days of school and learning to swim. But I also understand my brother made poor choices and because of that he will not be the only one who suffers the consequences of those decisions. This is something we talk about on a regular basis.

Since his arrest I have seen Clarence begin to make better decisions about his life, his family, and his future. We speak almost daily, and I can see he is in a lot of pain, and he regularly expresses regret for what he did. It is clear to me that he was feeling a lot of stress about having to earn money and made a lot of bad decisions to get some quick cash. Speaking with him almost daily has helped ease the pain of knowing he won't be around for a while. At first Clarence seemed in denial about what happened, but over time he has accepted the consequences and has become focused on being a better man so he can be a better father and uncle. After about one year in jail, Clarence made a promise to Jada and Nyla to be a better daddy and to never leave them again. That he reflected on the promise showed me that he had given it a lot of thought and has the resolve to see it through. Because Clarence has participated in a bunch of programs through the jail, including one on parenting, and he now understands how his choices have consequences to these precious young girls, he has shown that he is committed to his rehabilitation.

I believe that my brother deeply regrets his choices and is "choosing" new ones so that he can continue his rehabilitation in prison and upon his release. Me and my family are ready to support him in this process, and I know his heart is open to doing the hard work that lies in his future.

Sincerely,

*Tayana Lynch*
Tayana Lynch